# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHELSEA KANE,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**SENIOR LIFE,**<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 20-4572-KSM** |

## ORDER

**AND NOW** this 16th day of December, 2020, upon consideration of Defendant's Motion to Transfer Venue (Doc. No. 7) and the parties' Stipulation (Doc. No. 8), it is **ORDERED** that the Motion is **GRANTED.** This case is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

**IT IS FURTHER ORDERED** that the pretrial conference scheduled for December 21, 2020 (*See* Doc. No. 6) is **CANCELLED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.